UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joseph Soldis<br><br>            Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC,<br>And Cellco Partnership d/b/a Verizon<br>Wireless.<br><br>            Defendant(s). | Case Number: 3:14-cv-04373-VC<br><br>~~(PROPOSED)~~ ORDER EXTENDING<br>DEADLINE FOR MEDIATION |

For good cause shown, the mediation deadline has been rescheduled to July 31, 2015.

Dated:  May 1, 2015

