# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SOLDIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-04373-VC (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: July 14, 2015<br>Mediator: Charles McClain |

IT IS HEREBY ORDERED that the request to excuse defendant Equifax's corporate representative from appearing in person at the July 14, 2015, mediation before Charles McClain is GRANTED. The representative shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: JULY 2, 2015

Maria-Elena James
United States Magistrate Judge