UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SOLDIS,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>　　　　　Defendants. | Case No.  14-cv-04373-VC<br><br>**ORDER RE PLAINTIFF'S LETTER TO THE COURT** |

　　　The plaintiff has sent the court a letter via email, with a cc to his attorneys, without copying opposing counsel, and without actually filing the document.  The court will not consider this letter.  The plaintiff must either file the letter through his attorneys, or cause his attorneys to withdraw from the case and figure out how to properly file the letter himself.  The plaintiff is encouraged to contact the pro se help desk at 415-782-8982.

　　　**IT IS SO ORDERED.**

Dated: August 24, 2015

_____
VINCE CHHABRIA
United States District Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SOLDIS,<br><br>           Plaintiff,<br><br>     v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>           Defendants. | Case No.  14-cv-04373-VC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 24, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph Soldis

PO Box 7775-20634
San Francisco, CA 94102

Dated: August 24, 2015

Richard W. Wieking
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA

2