UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SOLDIS,<br><br>    Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>    Defendants. | Case No.  14-cv-04373-VC<br><br>**ORDER EXTENDING TIME TO REOPEN**<br><br>Re: Dkt. No. 33 |

The parties' request to extend the September 7, 2015 deadline to reopen this action by 30 days is granted.

**IT IS SO ORDERED.**

Dated: September 9, 2015

_____
VINCE CHHABRIA
United States District Judge